UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020- DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH and
DANIEL MARKOVICH,

    Defendants.
_____/

**DEFENDANTS JONATHAN MARKOVICH AND DANIEL MARKOVICH'S
DISCLOSURE OF ANTICIPATED EXPERT WITNESS
AND SUMMARY OF PROJECTED TESTIMONY**

    Defendants Jonathan Markovich and Daniel Markovich (collectively referred to as the "Markoviches"), by and through the undersigned counsel, hereby file this Disclosure of Anticipated Expert Witness and Summary of Testimony, in accordance with the Scheduling Order (see D.E. 184) and Rules 702, 703 or 705 of the Federal Rules of Evidence, and state as follows in support thereof:

    As the Government advised in its First and Second Responses to the Standing Discovery Order (D.E. 46 at 6, D.E. 166 at 3) and Disclosure of Expert Witness (D.E. 202), it intends to present the testimony of an alleged substance abuse expert, Dr. Kelly J. Clark, during its case-in-chief. The Government proposes that Dr. Clark opine on multiple facets of substance abuse – from the operations and proper functionality of detoxification, partial hospitalization programs ("PHP"), intensive outpatient programs ("IOP"), and outpatient programs ("OP"), to the use of controlled substances in treating addiction, to billing procedures and processes.

    If Dr. Clark is tendered as a substance abuse expert, particularly on such a large variety of subject areas, the Markoviches intend to call a rebuttal expert to testify about the appropriate

operations of detoxification, PHP, IOP, and OP facilities, including the patient intake, utilization review, and billing procedures in the State of Florida. At this time, the Markoviches are attempting to secure such a rebuttal expert witness, and counsel has spoken to a few prospective experts. Once the Markoviches finalize whom they intend to proffer as a rebuttal expert, undersigned counsel will notify the Government of that person's name, CV, additional credentials and qualifications, publications, and expected testimony. To be clear, at this point, no expert has been retained.

Respectfully submitted,

| | |
|---|---|
| *s/      Marissel Descalzo* | *s/ Michael Pasano* |
| Marissel Descalzo (FBN 669318) | Michael S. Pasano (FBN 475947) |
| Email: mdescalzo@tachebronis.com | E-mail: mpasano@carltonfields.com |
| Tache, Bronis, and Descalzo, P.A. | CARLTON FIELDS |
| 150 S.E. 2 Ave., Suite 600 | 700 N.W. 1st Avenue, Suite 41200 |
| Miami, FL 33131 | Miami, Florida 33136-4118 |
| Tel: 305-537-9565 | Telephone: (305) 530-0050 |
| *Counsel for Daniel Markovich* | *Counsel for Jonathan Markovich* |

Dated: June 25, 2021