UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

        **Defendants.**
_____/

## GOVERNMENT'S RENEWED MOTION TO EXCLUDE DEFENDANTS' EXPERT WITNESS AND EVIDENCE

The United States of America filed a Motion to Exclude Defendants' Expert Witness [D.E. 206], which Defendants opposed [D.E. 208], and to which the Government replied, [D.E. 211]. On July 2, 2021, this Court denied the Government's Motion to Exclude Defendants' Expert without prejudice to renew it if Defendants did not provide their expert and expert disclosure summaries by July 7, 2021. [D.E. 212]. Defendants failed to provide any such disclosure or summaries. Defendants have therefore failed to provide any expert disclosure at all by the June 25 deadline they themselves proposed, and have further failed to meet the extended expert disclosure deadline of July 7 that this Court graciously gave them when it denied the Government's initial Motion to Exclude.

WHEREFORE the Government respectfully requests that this Court preclude the Defendant's expert witness from testifying given their failure to comply with Rule 16(b)(1)(C), Rule 702, this Court's Pre-Trial Scheduling Order [D.E. 184], and, in particular, this Court's subsequent Order [D.E. 212], which gave Defendants clear notice that their deadline to provide expert disclosure to the Government of July 7, 2021, was final.

Dated: July 8, 2021

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

JOSEPH S. BEEMSTERBOER
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

By: /s/ James V. Hayes
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
JAMIE DE BOER (FL Bar #A5502601)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 774-4276
James.Hayes@usdoj.gov
Jamie.DeBoer@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*James V. Hayes*