UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

    Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on the Government's July 8, 2021 Renewed Motion to Exclude Expert [DE-223], and the Court having considered the motion, Defendants' July 9, 2021 Response [DE-224] and the Government's July 10, 2021 Reply [DE-226] and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Renewed Motion to Exclude Expert [DE-223] is Granted, without prejudice to Defendants' proffering the expert's testimony at the close of the Government's case-in-chief or without prejudice to being reconsidered should the trial be continued significantly.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of July, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record