UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020- DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

vs.

DANIEL MARKOVICH,

    Defendant.
_____/

## UNOPPOSED MOTION TO PERMIT COUNSEL TO APPEAR BY PHONE AT CALENDAR CALL

Defendant, Daniel Markovich, respectfully moves this Court for permission for his counsel to appear by phone the Calendar Call scheduled on July 30, 2021. In support thereof, states as follows:

Counsel, Marissel Descalzo, is presently set for sentencing in the matter of *United States v. Joshua Ryan Joles*, Case No. 19-20674-CR-Gayles on July 30, 2021 at 11:00A.M. The sentencing will be conducted via zoom. Defendant Joles resides in Phoenix, Arizona. Counsel plans to be in Phoenix, Arizona with Mr. Joles for the sentencing. Judge Gayles scheduled the sentencing on July 30, 2021 in anticipation of the trial in this case starting on August 2, 2021.

Co-counsel in this case, Michael Pasano and Vanessa Johannes, will be present in Court for the Calendar Call. Defendants, Jonathan Markovich and Daniel Markovich, will be present in Court for the Calendar Call.

Given the scheduling conflict, Ms. Descalzo requests permission to attend the Calendar Call scheduled for July 30, 2021 by telephone. If a telephone appearance is unacceptable, Mr. Markovich requests that the Court permit counsel for Jonathan Markovich, Michael Pasano, to cover the Calendar Call for undersigned counsel.

Counsel for the government does not oppose the relief requested herein. Counsel for Mr. Jonathan Markovich does not oppose the relief requested herein.

WHEREFORE, Daniel Markovich, respectfully requests that this Court permission for his counsel to attend the Calendar Call currently set for July 30, 2021 at 10:00A.M. by telephone. Alternatively, Mr. Markovich requests that counsel for Jonathan Markovich, Michael Pasano, be permitted to cover the Calendar Call for undersigned counsel.

Respectfully submitted,

TACHE, BRONIS, AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone: (305) 537-9565
Facsimile: (305) 537-9567

By: /s/ Marissel Descalzo

**Marissel Descalzo, Esq.**
Florida Bar. No. 669318
mdescalzo@tachebronis.com
service_@tachebronis.com
*Counsel for Daniel Markovich*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this 26th day of July, 2021, the foregoing was electronically transmitted via CM/ECF:

By: */s/ Marissel Descalzo*
    **Marissel Descalzo, Esq.**