UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

DANIEL MARKOVICH,

    Defendant.
_____/

# VERDICT

We, the Jury, unanimously find the Defendant (D. Markovich) as to Count 1 of the Indictment:

    __✓__                    _____
  GUILTY             NOT GUILTY

We, the Jury unanimously find the Defendant (D. Markovich) as to Count 5 of the Indictment:

    __✓__                    _____
  GUILTY             NOT GUILTY

We the jury unanimously find the Defendant (D. Markovich) as to Count 6 of the Indictment:

    __✓__                    _____
  GUILTY             NOT GUILTY

We the jury unanimously find the Defendant (D. Markovich) as to Count 10 of the Indictment:

    __✓__                    _____
  GUILTY             NOT GUILTY

We the jury unanimously find the Defendant (D. Markovich) as to Count 12 of the Indictment:

    __✓__                    _____
  GUILTY             NOT GUILTY

We the jury unanimously find the Defendant (D. Markovich) as to Count 16 of the Indictment:

____✓____          _____
GUILTY              NOT GUILTY

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Fort Lauderdale, Florida, this __4th__ day of November, 2021.

_____          _____
FOREPERSON                      FOREPERSON'S PRINTED NAME